B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tisma, Dean** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9451** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**101 East Bar Harbour Road F4**<br>**Schaumburg, IL**<br>ZIP Code **60193** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tisma, Dean** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                               Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tisma, Dean** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dean Tisma**
Signature of Debtor **Dean Tisma**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February  8, 2010**
Date

### Signature of Attorney*

X **/s/ Bruce Dopke**
Signature of Attorney for Debtor(s)

**Bruce Dopke 3127052**
Printed Name of Attorney for Debtor(s)

**Bruce Dopke, Attorney at Law**
Firm Name
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**

_____
Address

**Email: bruce@dopkelaw.com**
**847-524-4811 Fax: 847-524-4131**
Telephone Number

**February  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Dean Tisma** _____

                                              Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:    **/s/ Dean Tisma**
                                   **Dean Tisma**
    Date:    **February  8, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dean Tisma**                                                              ,   Case No. _____

                                                                Debtor

                                                                    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 60,000.00 | | |
| B - Personal Property | Yes | 4 | 12,290.59 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 148,175.55 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,446.69 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 1,694,536.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,976.82 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,352.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| | | Total Assets | 72,290.59 | | |
| | | | Total Liabilities | 1,851,158.88 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dean Tisma**                                                    ,      Case No. _____

                                         Debtor

                                                                                Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Dean Tisma**

,     Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 101 East Bar Harbour Road F4, Schaumburg IL** | | **-** | **60,000.00** | **136,940.08** |
| **Condo purchased out of forclosure in 2007 for $148,000.00; property is appraised by Caldwell Banker at $120,000 as of Dec. 30, 2009.** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **60,000.00** | (Total of this page) |
| Total > | **60,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Dean Tisma**                                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank PO Box 260180 Baton Rough, LA  70826-0180 Joint checking account with Danka Tisma ending in ** 3316; Debtor does not use this account, which is used exclusively by his wife.  Debtor's name has been removed from this account, which currently has a negative balance.** | - | 0.00 |
| | | | **First Bank account 2966102697 900 E. Higgins Road Elk Grove Village, IL  60007** | - | 11.43 |
| | | | **First Bank account 2966102697 900 E. Higgins Road Elk Grove Village, IL  60007** | - | 40.33 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General household goods (plates, utensils, small appliances, etc.) and the following major items, all of which were bought in 2008:  a couch purchased new for $2,000; a bed purchased new for $700; a dinner table purchased new for 200; four chairs purchased new for $160.  Debtor has fifty percent (50%) interest in all above goods. Location: 101 East Bar Harbour Road F4, Schaumburg IL** | - | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Men's clothing. Location: 101 East Bar Harbour Road F4, Schaumburg IL** | - | 500.00 |

|  | Sub-Total >  | **1,151.76** |
|---|---|---|
|  | (Total of this page) |  |

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Dean Tisma**                                                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Wedding band**<br>**Location: 101 East Bar Harbour Road F4, Schaumburg IL** | - | 400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Insurance**<br>**PO Box 7390**<br>**Philadelphia, PA 19176**<br>**Variable Universal Life policy; init 2005; spouse as beneficiary**<br>**Value given is CSV as of 1/4/10** | - | 4,738.83 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder interest in Timex Logistix, Inc., a defunct Illinois corporation formerly in the trucking and logistics business, which company is currently not in good standing, and will likely be involuntarily dissolved.** | - | 0.00 |
| | | **Shareholder interest in Forum International, Inc., a defunct Illinois corporation which was involuntarily dissolved in May of 2009.** | - | 0.00 |
| | | **25% membership interest in Slavia Inter Trans, LLC, a closely held Illinois limited liability company, which owns 50% of TSP Holding LLC, which in turn, owns a commercial building in Schaumburg IL (101 E. State Parkway, Schaumburg, IL). This building is a source of family dispute and potential litigation.** | - | 2,500.00 |
| | | **50% shareholder interest in Builders Bazaar Midwest, Inc., a defunct Illinois corporation which was involuntarily dissolved in 2006.** | - | 0.00 |

Sub-Total >    7,638.83
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dean Tisma**                                    ,        Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dean Tisma**                                                ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevy Van** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Two payroll checks from Tisma Engineering.** | - | **2,000.00** |

|  | Sub-Total > | **3,500.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **12,290.59** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re  **Dean Tisma**                                                                    ,          Case No. _____
                                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 101 East Bar Harbour Road F4, Schaumburg IL** | **735 ILCS 5/12-901** | **15,000.00** | **120,000.00** |
| **Condo purchased out of forclosure in 2007 for $148,000.00; property is appraised by Caldwell Banker at $120,000 as of Dec. 30, 2009.** | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **100%** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First Bank account 2966102697 900 E. Higgins Road Elk Grove Village, IL  60007** | **735 ILCS 5/12-1001(b)** | **100%** | **11.43** |
| **First Bank account 2966102697 900 E. Higgins Road Elk Grove Village, IL  60007** | **735 ILCS 5/12-1001(b)** | **100%** | **40.33** |
| **Household Goods and Furnishings** | | | |
| **General household goods (plates, utensils, small appliances, etc.) and the following major items, all of which were bought in 2008:  a couch purchased new for $2,000; a bed purchased new for $700; a dinner table purchased for 200; four chairs purchased new for $160.  Debtor has fifty percent (50%) interest in all above goods. Location: 101 East Bar Harbour Road F4, Schaumburg IL** | **735 ILCS 5/12-1001(b)** | **100%** | **500.00** |
| **Wearing Apparel** | | | |
| **Men's clothing. Location: 101 East Bar Harbour Road F4, Schaumburg IL** | **735 ILCS 5/12-1001(a)** | **100%** | **500.00** |
| **Furs and Jewelry** | | | |
| **Wedding band Location: 101 East Bar Harbour Road F4, Schaumburg IL** | **735 ILCS 5/12-1001(b)** | **100%** | **400.00** |
| **Interests in Insurance Policies** | | | |
| **Prudential Insurance PO Box 7390 Philadelphia, PA  19176 Variable Universal Life policy; init 2005; spouse as beneficiary Value given is CSV as of 1/4/10** | **215 ILCS 5/238** | **4,738.83** | **4,738.83** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Dean Tisma**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| 25% membership interest in Slavia Inter Trans, LLC, a closely held Illinois limited liability company, which owns 50% of TSP Holding LLC, which in turn, owns a commercial building in Schaumburg IL (101 E. State Parkway, Schaumburg, IL).  This building is a source of family dispute and potential litigation. | 735 ILCS 5/12-1001(b) | 100% | 2,500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Two payroll checks from Tisma Engineering. | 735 ILCS 5/12-803, 740 ILCS 170/4 735 ILCS 5/12-1001(b) | 1,700.00 300.00 | 2,000.00 |

|  | Total: | 25,790.59 | 130,790.59 |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Dean Tisma**                                                                            ,        Case No. _____

                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0988** <br><br> **First Bank** <br> **P.O. Box 790037** <br> **Saint Louis, MO 63179-0037** | X | - | **prior to 2008** <br><br> **Business debt of Forum Int'l; secured in part by vehicle owned by debtor.** <br><br> **2001 Chevy Van** | | | X | | |
| | | | Value $                    **3,000.00** | | | | **11,235.47** | **8,235.47** |
| Account No. **\*\*\*\*\*\* x0754** <br><br> **Nationstar Mortgage** <br> **P.O. Box 650783** <br> **Dallas, TX 75265-0783** | X | - | **prior to 2009** <br> **First Mortgage** <br> **Location: 101 East Bar Harbour Road F4, Schaumburg IL** <br> **Condo purchased out of forclosure in 2007 for $148,000.00; property is appraised by Caldwell Banker at $120,000 as of Dec. 30, 2009.** | | | | | |
| | | | Value $                **120,000.00** | | | | **136,940.08** | **16,940.08** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

|  | Subtotal <br> (Total of this page) | **148,175.55** | **25,175.55** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **148,175.55** | **25,175.55** |

B6E (Official Form 6E) (12/07)

.

In re    **Dean Tisma**
_____,        Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re __Dean Tisma_____,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_TYPE OF PRIORITY_

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service 200 W. Adams Chicago, IL 60606** | | - | **Dec. 31 ,2008** <br><br>**2008 income taxes** | | | | 503.54 | 502.00 | 1.54 |
| Account No. **xxxxxx5739** <br><br>**Internal Revenue Service Kansas City, MO 64999-0025** | X | - | **2005** <br><br>**Income taxes due for 2005** | | | | 1,028.70 | 1,028.70 | 0.00 |
| Account No. **Debtor's ssn** <br><br>**Internal Revenue Service 200 W. Adams Chicago, IL 60606** | | - | **2009** <br><br>**Estimated taxes due for 2009** | | | | 6,000.00 | 6,000.00 | 0.00 |
| Account No. **xxx xx 6481** <br><br>**State of Illinois Department of Revenue PO Box 19027 Springfield, IL 62794-9027** | | - | **2008** <br><br>**Income taxes due** | | | | 914.45 | 300.00 | 614.45 |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1__ of _1___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 615.99 <br> 8,446.69     7,830.70 |
| | Total (Report on Summary of Schedules) | 615.99 <br> 8,446.69     7,830.70 |

B6F (Official Form 6F) (12/07)

In re **Dean Tisma** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **x8050** <br><br> **Acme Truck Brake & Supply** <br> **2333 Arthur Avenue** <br> **Marietta, GA 30007** | X | - | | | Charges incurred within year of filing or longer. <br> **Debt of Timex Logistix; disputed as to personal liability** | | | X | 1,100.00 |
| Account No. **xx7422** <br><br> **ACS Expedited Solutions** <br> **PO Box 201322** <br> **Dallas, TX 75320-1322** | X | - | | | Charges incurred within year of filing or longer. <br> **Debt of Timex Logistix; disputed as to personal liability** | | | X | 510.00 |
| Account No. **G00709836175** <br><br> **Alexian Brothers** <br> **25466 Network Place** <br> **Chicago, IL 60673** | X | - | | | Charges incurred within year of filing or longer. <br> **Medical Treatment.  Timex Logistics may be Co-Debtor; Debtor likely to be separately responsible for charges.** | | | | 1,906.08 |
| Account No. **xxxx-xxxxxx-x1001** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | | - | | | Charges incurred within year of filing or longer. <br> **Charges primarily used to pay expenses of Timex Logistix.** | | | | 26,142.86 |

___12___ continuation sheets attached

Subtotal (Total of this page) | 29,658.94

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:29444-100129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 84749088899635<br><br>AT&T<br>PO Box 8105<br>Aurora, IL 60507-8105 | X | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; disputed as to personal liability | | | | 1,029.08 |
| Account No. xxxx xxxx xxxx x0026<br><br>Bank of America<br>101 N. Tryon Street<br>Charlotte, NC 28255-0001 | X | - | Charges incurred within year of filing or longer.<br>Debt of Forum International; disputed as to personal liability | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-6893<br><br>Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | | | Charges incurred within year of filing or longer.<br>Approx. 70% of charges were for personal household use; balance were charges for Timex Logistics.<br><br>Alt number:  xxxx xxxx xxxx 4784 | | | | 27,178.05 |
| Account No. xxxx xxxx xx15 73<br><br>Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; disputed as to personal liability | | | | 8,497.00 |
| Account No. xxxx xxxx xxxx 2371<br><br>Bank of America<br>c/o First Financial Asset Managemen<br>3230 Commerce Place<br>West Palm Beach, FL 33407 | | | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; personally guarantied | | | | 3,122.76 |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,826.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                    ,                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **455**  <br><br>**Batool H. Musvi MD**<br>**1375 E. Schaumburg Road**<br>**Schaumburg, IL 60194** | - | | | Charges incurred within year of filing or longer.<br>**Medical care** | | | | **639.00** |
| Account No. **1329792**  <br><br>**Bauer Built**<br>**850 N. Independance Blvd.**<br>**Romeoville, IL 60446** | X | - | | Charges incurred within year of filing or longer.<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | **3,870.11** |
| Account No. **xxx-xxxxxxx-0001**  <br><br>**Center Capital Corporation**<br>**PO Box 330**<br>**Hartford, CT 06141-0330** | X | - | | Charges incurred within year of filing or longer.<br>**Debt of Timex Logistix; personally guaranteed** | | | X | **13,117.74** |
| Account No. **800-0001-2827883-9001**  <br><br>**Charter One Bank**<br>**443 Jefferson Blvd.**<br>**RJBW-500**<br>**Warwick, RI 02886** | X | - | | Charges incurred within year of filing or longer.<br>**Debt of Timex Logistix; personally guaranteed** | | | X | **61,991.31** |
| Account No. **5582 5086 2654 5724**  <br><br>**Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | X | - | | Charges incurred within year of filing or longer.<br>**Debt of Timex Logistix; personally guaranteed** | | | X | **5,336.49** |

Sheet no. _**2**___ of _**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**84,954.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 6372** <br><br> **Chase Bank USA Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153** | X | - | | Charges incurred within year of filing or longer. **Debt of Timex Logistix; disputed as to personal liability** | | | X | 10,996.48 |
| Account No. **n/a** <br><br> **Chicago Truck Sales & Service 5300 W. Plattner Drive Alsip, IL 60803** | X | - | | Charges incurred within year of filing or longer. **Debt of Timex Logistix; disputed as to personal liability** | | | X | Unknown |
| Account No. **5082 2900 1219 1943** <br><br> **Citibusiness Card PO Box 688901 Des Moines, IA 50368-8901** | X | - | | Charges incurred within year of filing or longer. **Debt of Timex Logistix; disputed as to personal liability** | | | X | 1,009.08 |
| Account No. **xxxxxx xxx-xxxxxx4-000** <br><br> **DC Truck Financial PO Box 3198 Milwaukee, WI 53201-3198** | X | - | | Charges incurred within year of filing or longer. **Debt of Timex Logistix; personally guaranteed** | | | | 7,850.48 |
| Account No. **xxxxx # xxxx0154** <br><br> **De Lage Landen PO Box 41601 Philadelphia, PA 19101-1601** | X | - | | Charges incurred within year of filing or longer. **Debt of Timex Logistix; personally guaranteed** | | | | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,856.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3556**  <br><br>**Discover Financial Services**<br>P.O. Box 30203<br>Salt Lake City, UT 84130-0203 | - | | **Charges incurred within year of filing or longer.**<br>**Charges for business and personal use.** | | | | 10,858.93 |
| Account No. **n/a**  <br><br>**Dragan Tarlac**<br>2242 Sherman Avenue<br>Apt. 2<br>Evanston, IL 60201 | - | | **2009**<br>**Personal Loan** | | | | 9,000.00 |
| Account No. **xxxx-x240-7**  <br><br>**Federal Express**<br>PO Box 94515<br>Palatine, IL 60094-4515 | X - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | 84.59 |
| Account No. **5588 4649 9782 2371**  <br><br>**FIA Card Services**<br>P.O. Box 15184<br>Wilmington, DE 19850-5184 | X - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | 3,122.76 |
| Account No. **x1626**  <br><br>**First Advantage ADR**<br>PO Box 526024<br>Sacramento, CA 95852-6024 | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | Unknown |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,066.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                                   ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9856**<br><br>**First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; personal liability is likely, but bank records are unavailable due to family dispute. The amount shown below is our best guess on the amount due.** | | | | 988,000.00 |
| Account No. **171803**<br><br>**Fleet One**<br>**5042 Linbar Drive**<br>**Nashville, TN 37211** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | 36,821.85 |
| Account No. **xxxxxxx8998**<br><br>**GMAC**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; personally guaranteed** | | X | | Unknown |
| Account No. **xxxxxx0392**<br><br>**Harris Bank**<br>**PO Box 6201**<br>**Carol Stream, IL 60197-6201** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; personally guaranteed** | | | | 31,000.00 |
| Account No. **xxxxx19KT**<br><br>**Internet Truck Stop**<br>**PO Box 99**<br>**New Plymouth, ID 83655** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | Unknown |

Sheet no. __5___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,055,821.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-xx5988<br><br>JJ Keller & Associates<br>3003 W. Breezewood Lane<br>PO Box 368<br>Neenah, WI 54957 | X | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; disputed as to personal liability | | | X | 360.32 |
| Account No. DOR 05-C660<br><br>Kansas Dept. of Revenue<br>Div. of Property Evaluation<br>915 SW Harrison Street<br>Topeka, KS 66612-1585 | X | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; disputed as to personal liability | | | X | 885.00 |
| Account No. 591133998 1<br><br>Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194-0796 | X | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; personally guarantied | | | | 12,894.82 |
| Account No. n/a<br><br>M&A Truck & Trailer Experts<br>135 Beeline Drive<br>Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; disputed as to personal liability | | | | Unknown |
| Account No. n/a<br><br>MBTT Service, Inc.<br>430 Randy Road<br>Carol Stream, IL 60188 | X | - | Charges incurred within year of filing or longer.<br>Debt of Timex Logistix; disputed as to personal liability | | | X | Unknown |

| | | | |
|---|---|---|---|
| Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal<br>(Total of this page) | 14,140.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                         Case No. _____
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6155** <br><br> **MEA Elk Grove LLC** <br> **PO Box 5964** <br> **Carol Stream, IL 60197-5964** | - | | **2007** <br> **Medical care** | | | | 598.00 |
| Account No. **xxx3113** <br><br> **Navistar Financial Corp.** <br> **PO Box 96070** <br> **Chicago, IL 60693-6070** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; personally guarantied** | | | | 900.00 |
| Account No. **xx-xxxxxxx xxx xx-xxxxx7-00-2** <br><br> **New Mexico Taxation & Revenue** <br> **PO Box 5188** <br> **Santa Fe, NM 87504-5188** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; disputed as to personal liability** | | | X | Unknown |
| Account No. **xx-xxx0881, xT-903** <br><br> **NYS Tax Department** <br> **RPC-HUT** <br> **PO Box 15166** <br> **Albany, NY 12212-5166** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; disputed as to personal liability** | | | X | Unknown |
| Account No. **xxxx8314** <br><br> **Physician Anasthesia Associates, SC** <br> **Dept. 4330** <br> **Carol Stream, IL 60122-4330** | - | | **June & July 2009** <br> **Medical treatment** | | | | 796.00 |

Sheet no. __**7**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,294.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                                   Case No. _____
                                                    ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **95893** <br><br> **PrePass** <br> **101 N. 1st Avenue** <br> **Suite 2200** <br> **Phoenix, AZ 85003** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; disputed as to personal liability** | | | | **391.76** |
| Account No. **n/a** <br><br> **RTS Financial** <br> **8601 Monrovia** <br> **Lenexa, KS 66215** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; disputed as to personal liability** | | | X | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7871** <br><br> **Sears Gold MasterCard** <br> **P.O. Box 6282** <br> **Sioux Falls, SD 57117-6282** | | - | **Charges incurred within year of filing or longer.** <br> **Charges for household use.** | | | | **2,762.49** |
| Account No. **xxx-xx7-911** <br><br> **Shell Fleet** <br> **Processing Center** <br> **PO Box 183019** <br> **Columbus, OH 43218-3019** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; disputed as to personal liability** | | | | **0.00** |
| Account No. **xx xxxxxx8101** <br><br> **State of Illinois** <br> **Department of Revenue** <br> **PO Box 19027** <br> **Springfield, IL 62794-9027** | X | - | **Charges incurred within year of filing or longer.** <br> **Debt of Timex Logistix; disputed as to personal liability** | | | X | **Unknown** |

Sheet no. __**8**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,154.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                          ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **n/a**<br><br>**Stevan Tisma**<br>**1301 Beckett Circle**<br>**Schaumburg, IL 60173** | - | | **2009**<br>**Personal Loan** | | | | **30,000.00** |
| Account No. **xxxxx # 5385; xxxxxxxx xx2616**<br><br>**Stoughton Trailers Acceptance**<br>**PO Box 68-9451**<br>**Milwaukee, WI 53268-9451** | X | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; personally guarantied** | | | | **17,704.59** |
| Account No. **10053593**<br><br>**Toyota Financial Services**<br>**Commercial Finance**<br>**PO Box 3457**<br>**Torrance, CA 90510-3457** | X | - | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | **10,683.21** |
| Account No. **xxxxxxxxxxxx0001**<br><br>**Toyota Motor Credit Corp.**<br>**5005 N. River Blvd.**<br>**Cedar Rapids, IA 52411-6634** | X | - | **Charges incurred within year of filing or longer. before 2009**<br>**Debt of Timex Logistix; personally guarantied guarantied equipment lease** | | X | | **87,100.00** |
| Account No. **n/a**<br><br>**Trailer Logistics Co., Inc.**<br>**700 Nicholas Blvd.**<br>**Suite 202B**<br>**Elk Grove Village, IL 60007** | X | - | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | | **23,900.00** |

Sheet no. _**9**___ of _**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**169,387.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dean Tisma**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5843** <br><br> **Trans Chicago Truck Group** <br> **4000 N. Mannheim Road** <br> **Franklin Park, IL 60131** | X | - | | Charges incurred within year of filing or longer. <br> Debt of Timex Logistix; disputed as to personal liability | | | X | 2,018.06 |
| Account No. **xxxxxx-xx1258** <br><br> **Transcore** <br> **PO box 8500** <br> **Philadelphia, PA 19178** | X | - | | Charges incurred within year of filing or longer. <br> Debt of Timex Logistix; disputed as to personal liability | | | X | Unknown |
| Account No. **xx1803** <br><br> **TransPlatinum/Fleet One** <br> **5042 Linbar Drive** <br> **Nashville, TN 37211** | X | - | | Charges incurred within year of filing or longer. <br> Debt of Timex Logistix; personally guaranteed | | | | 39,000.00 |
| Account No. **xx5220** <br><br> **Transportation Cabinet** <br> **Division of Motor Carriers** <br> **PO Box 2004** <br> **Frankfort, KY 40602-2004** | X | - | | Charges incurred within year of filing or longer. <br> Debt of Timex Logistix; disputed as to personal liability | | | X | Unknown |
| Account No. **xx-x5433** <br><br> **Tread Rock Tire Services** <br> **PO box 5948** <br> **Carol Stream, IL 60197-5948** | X | - | | Charges incurred within year of filing or longer. <br> Debt of Timex Logistix; disputed as to personal liability | | | X | 3,530.98 |

Sheet no. _**10**_ of _**12**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,549.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                                                           Case No. _____

                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **n/a** | | | | Charges incurred within year of filing or longer. | | | | |
| **USI Midwest Trans. Group 1801 S. Meyers Road Suite 150 Villa Park, IL 60181** | X | - | | **Debt of Timex Logistix; disputed as to personal liability** | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx0198** | | | | Charges incurred within year of filing or longer. | | | | |
| **Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505** | X | - | | | | | X | |
| | | | | | | | | **615.54** |
| Account No. **xxxxxxxxxx0002** | | | | Charges incurred within year of filing or longer. | | | | |
| **Verizon Wireless Midwest Area c/o United Collections Bureau 5620 Soughwyck Blvd., Ste 206 Toledo, OH 43614** | X | - | | **Debt of Timex Logistix; disputed as to personal liability** | | | | |
| | | | | | | | | **568.21** |
| Account No. **xxx7883** | | | | Charges incurred within year of filing or longer. | | | | |
| **Volvo Financial Services PO Box 7247-0236 Philadelphia, PA 19170-0236** | X | - | | **Debt of Timex Logistix; personally guaranteed** | | | | |
| | | | | | | | | **173,550.00** |
| Account No. **x1058** | | | | Charges incurred within year of filing or longer. | | | | |
| **Volvo Financial Services PO Box 26131 Greensboro, NC 27402-6131** | X | - | | **Debt of Timex Logistix; disputed as to personal liability** | | | | |
| | | | | | | | | **32,707.57** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **207,441.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dean Tisma**                                                                     ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx9-700**<br><br>**Wells Fargo Equipment Finance**<br>**NW-8178**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-8178** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; personally guarantied** | | | | **Unknown** |
| Account No. **n/a**<br><br>**Wingfoot Commercial Tire Systems**<br>**1400 Bluff Road**<br>**Romeoville, IL 60446** | X | - | | **Charges incurred within year of filing or longer.**<br>**Debt of Timex Logistix; disputed as to personal liability** | | | X | **385.44** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **385.44** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,694,536.64** |

B6G (Official Form 6G) (12/07)

.

In re    **Dean Tisma**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re **Dean Tisma**                                                    , Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alex Dimitrijevic**<br>**18704 S 114th Avenue**<br>**Mokena, IL 60448** | **First Bank**<br>**P.O. Box 790037**<br>**Saint Louis, MO 63179-0037** |
| **Builders Bazaar Midwest, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173-5336** | **First Bank**<br>**P.O. Box 790037**<br>**Saint Louis, MO 63179-0037** |
| **Danka Tisma**<br>**101 Bar Harbour Road**<br>**Unit 4F**<br>**Schaumburg, IL 60193**<br>  **Danka is not an obligor, but she probably**<br>**hypothecated her interest in the home to the**<br>**mortgagee.** | **Nationstar Mortgage**<br>**P.O. Box 650783**<br>**Dallas, TX 75265-0783** |
| **Danka Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173** | **Internal Revenue Service**<br>**Kansas City, MO 64999-0025** |
| **Forum International**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173-5336** | **First Bank**<br>**P.O. Box 790037**<br>**Saint Louis, MO 63179-0037** |
| **Forum International**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Bank of America**<br>**101 N. Tryon Street**<br>**Charlotte, NC 28255-0001** |
| **Sasa Tisma**<br>**1306 Beckett Cir.**<br>**Schaumburg, IL 60173-6556** | **Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** |
| **Sasa Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173-6556** | **Verizon Wireless Midwest Area**<br>**c/o United Collections Bureau**<br>**5620 Soughwyck Blvd., Ste 206**<br>**Toledo, OH 43614** |
| **Sasa Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173-6556** | **Trans Chicago Truck Group**<br>**4000 N. Mannheim Road**<br>**Franklin Park, IL 60131** |
| **Sasa Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173-6556** | **Fleet One**<br>**5042 Linbar Drive**<br>**Nashville, TN 37211** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Dean Tisma**                              ,   Case No. _____

<p align="center">Debtor</p>

# SCHEDULE H - CODEBTORS
<p align="center">(Continuation Sheet)</p>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sasa Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173-6556** | **Citibusiness Card**<br>**PO Box 688901**<br>**Des Moines, IA 50368-8901** |
| **Sasa Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173-6556** | **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Sasa Tisma**<br>**1306 Beckett Circle**<br>**Schaumburg, IL 60173-6556** | **Charter One Bank**<br>**443 Jefferson Blvd.**<br>**RJBW-500**<br>**Warwick, RI 02886** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Center Capital Corporation**<br>**PO Box 330**<br>**Hartford, CT 06141-0330** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **DC Truck Financial**<br>**PO Box 3198**<br>**Milwaukee, WI 53201-3198** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **De Lage Landen**<br>**PO Box 41601**<br>**Philadelphia, PA 19101-1601** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **GMAC**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Harris Bank**<br>**PO Box 6201**<br>**Carol Stream, IL 60197-6201** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Key Equipment Finance**<br>**PO Box 74713**<br>**Cleveland, OH 44194-0796** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Navistar Financial Corp.**<br>**PO Box 96070**<br>**Chicago, IL 60693-6070** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Stoughton Trailers Acceptance**<br>**PO Box 68-9451**<br>**Milwaukee, WI 53268-9451** |

Sheet   **1**   of   **5**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

In re   **Dean Tisma**                                                              , Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Toyota Motor Credit Corp.**<br>**5005 N. River Blvd.**<br>**Cedar Rapids, IA 52411-6634** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **TransPlatinum/Fleet One**<br>**5042 Linbar Drive**<br>**Nashville, TN 37211** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Volvo Financial Services**<br>**PO Box 7247-0236**<br>**Philadelphia, PA 19170-0236** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Wells Fargo Equipment Finance**<br>**NW-8178**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-8178** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Acme Truck Brake & Supply**<br>**2333 Arthur Avenue**<br>**Marietta, GA 30007** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Bauer Built**<br>**850 N. Independance Blvd.**<br>**Romeoville, IL 60446** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Charter One Bank**<br>**443 Jefferson Blvd.**<br>**RJBW-500**<br>**Warwick, RI 02886** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **State of Illinois**<br>**Department of Revenue**<br>**PO Box 19027**<br>**Springfield, IL 62794-9027** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **JJ Keller & Associates**<br>**3003 W. Breezewood Lane**<br>**PO Box 368**<br>**Neenah, WI 54957** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Kansas Dept. of Revenue**<br>**Div. of Property Evaluation**<br>**915 SW Harrison Street**<br>**Topeka, KS 66612-1585** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Transportation Cabinet**<br>**Division of Motor Carriers**<br>**PO Box 2004**<br>**Frankfort, KY 40602-2004** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **M&A Truck & Trailer Experts**<br>**135 Beeline Drive**<br>**Bensenville, IL 60106** |

Sheet   **2**   of   **5**   continuation sheets attached to the Schedule of Codebtors

In re   **Dean Tisma**                                                    ,   Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **MBTT Service, Inc.**<br>**430 Randy Road**<br>**Carol Stream, IL 60188** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **New Mexico Taxation & Revenue**<br>**PO Box 5188**<br>**Santa Fe, NM 87504-5188** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **NYS Tax Department**<br>**RPC-HUT**<br>**PO Box 15166**<br>**Albany, NY 12212-5166** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **RTS Financial**<br>**8601 Monrovia**<br>**Lenexa, KS 66215** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Shell Fleet**<br>**Processing Center**<br>**PO Box 183019**<br>**Columbus, OH 43218-3019** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Trailer Logistics Co., Inc.**<br>**700 Nicholas Blvd.**<br>**Suite 202B**<br>**Elk Grove Village, IL 60007** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Trans Chicago Truck Group**<br>**4000 N. Mannheim Road**<br>**Franklin Park, IL 60131** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Transcore**<br>**PO box 8500**<br>**Philadelphia, PA 19178** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **ACS Expedited Solutions**<br>**PO Box 201322**<br>**Dallas, TX 75320-1322** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Internet Truck Stop**<br>**PO Box 99**<br>**New Plymouth, ID 83655** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **USI Midwest Trans. Group**<br>**1801 S. Meyers Road**<br>**Suite 150**<br>**Villa Park, IL 60181** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

In re  **Dean Tisma**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Chicago Truck Sales & Service**<br>**5300 W. Plattner Drive**<br>**Alsip, IL 60803** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Wingfoot Commercial Tire Systems**<br>**1400 Bluff Road**<br>**Romeoville, IL 60446** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Verizon Wireless Midwest Area**<br>**c/o United Collections Bureau**<br>**5620 Soughwyck Blvd., Ste 206**<br>**Toledo, OH 43614** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Tread Rock Tire Services**<br>**PO box 5948**<br>**Carol Stream, IL 60197-5948** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **PrePass**<br>**101 N. 1st Avenue**<br>**Suite 2200**<br>**Phoenix, AZ 85003** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Fleet One**<br>**5042 Linbar Drive**<br>**Nashville, TN 37211** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **FIA Card Services**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Federal Express**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Citibusiness Card**<br>**PO Box 688901**<br>**Des Moines, IA 50368-8901** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Toyota Financial Services**<br>**Commercial Finance**<br>**PO Box 3457**<br>**Torrance, CA 90510-3457** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Volvo Financial Services**<br>**PO Box 26131**<br>**Greensboro, NC 27402-6131** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Dean Tisma**                                                    , Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **AT&T**<br>**PO Box 8105**<br>**Aurora, IL 60507-8105** |
| **Timex Logistix, Inc.**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **Alexian Brothers**<br>**25466 Network Place**<br>**Chicago, IL 60673** |
| **TSP Holding LLC**<br>**101 E. State Parkway**<br>**Schaumburg, IL 60173** | **First American Bank**<br>**1650 Louis Avenue**<br>**Elk Grove Village, IL 60007** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Dean Tisma** _____   Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Son** | AGE(S): **2** **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Packaging Worker** | **Office** |
| Name of Employer | **Tisma Engineering** | **Lifewatch, Inc.** |
| How long employed | **1 month** | **1+ years** |
| Address of Employer | **850 Pratt Blvd.** **Elk Grove Village, IL 60007** | **10255 W. Higgins Road** **Suite 120** **Des Plaines, IL 60018** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **4,333.33** | $ | **1,928.33** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,333.33** | $ | **1,928.33** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | **0.00** | $ | **169.00** |
|   b. Insurance | $ | **0.00** | $ | **249.17** |
|   c. Union dues | $ | **0.00** | $ | **0.00** |
|   d. Other (Specify):   **Estimated Fica and Income** | $ | **866.67** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **866.67** | $ | **418.17** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,466.66** | $ | **1,510.16** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,466.66** | $ | **1,510.16** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **4,976.82** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Dean Tisma_____   Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
|    a. Are real estate taxes included?    Yes __X__    No ___ | | |
|    b. Is property insurance included?    Yes __X__    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 95.00 |
|                b. Water and sewer | $ | 0.00 |
|                c. Telephone | $ | 230.00 |
|                d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 120.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 333.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 10.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 27.00 |
|                b. Life | $ | 115.00 |
|                c. Health | $ | 0.00 |
|                d. Auto | $ | 133.00 |
|                e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|          (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 0.00 |
|                b. Other  **Student Loan (de Vry)** | $ | 89.00 |
|                c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Condo Ass'n Fees - Mandatory** | $ | 380.00 |
|      Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,352.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,976.82 |
| b.   Average monthly expenses from Line 18 above | $ | 4,352.00 |
| c.   Monthly net income (a. minus b.) | $ | 624.82 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dean Tisma**
_____
                                      Debtor(s)

Case No. _____

Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __**34**__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February  8, 2010**
_____

Signature    **/s/ Dean Tisma**
_____
            **Dean Tisma**
            Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Dean Tisma** _____     Case No. _____

                             Debtor(s)         Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,000.00** | **2010 Income - January 2010** <br> **Tisma Engineering** |
| **$40,000.00** | **2009 estimated YTD income, PMI Cartoning, Elk Grove Village, IL** |
| **$147,336.00** | **2008 line 37 adjusted gross income; includes $82,888 line 7 (wage/salary) and $66,856 (capital gain from sale of realty).** |
| **$63,150.00** | **2007 line 37 adjusted gross income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|         AMOUNT         |         SOURCE         |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Nationstar Mortgage**<br>**P.O. Box 650783**<br>**Dallas, TX 75265-0783** | **Regular mortgage payments:  $1,307.20 on 11/17/09; 12/23/09 and 2/1/10.** | **$3,921.60** | **$136,798.44** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Bank USA v. Tisma**<br>**09 M1 200390** | **Collection suit** | **Circuit Court of Cook County, IL, Division 1** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**See attached list**

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bruce Dopke, Attorney at Law P.O. Box 681246 Schaumburg, IL 60168-1246** | **Nov. 14, 2009** | **$3,000.00, of which $299 is to cover the filing fee.** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None

☐     a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Timex Logistix, Inc.** | | **101 E. State Parkway Schaumburg, IL 60173** | **Logistics; trucking** | **Incorporated 2004; closed in November 2009** |
| **Builders Bazaar, Inc.** | | **101 E. State Parkway Schaumburg, IL 60173** | **Building contractor.** | **Incorporated in 2002; involuntarily dissolved in 2006** |
| **Slavia Inter Trans, Inc.** | | **101 E. State Parkway Schaumburg, IL 60173** | **Family LLC; owns 50: of TSP LLC, which owns a commercial building in Schaumburg IL. Corporation and property owned by it are now in dispute.** | **Incorp 2005; is in good standing.** |
| **Forum International** | | **101 E. State Parkway Schaumburg, IL 60173** | **General business** | **Incorp 1999; dissolved in May 2009** |

None

■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                             ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Barnicle & Associates** | **Long time CPA and tax work for** |
| **949 N. Plum Grove Road** | **personal and businesses.** |
| **Suite B** | |
| **Schaumburg, IL 60173** | |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February  8, 2010**                          Signature  **/s/ Dean Tisma**
                                                                  **Dean Tisma**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dean Tisma** _____   Case No. _____
                                    Debtor(s)              Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**First Bank** | **Describe Property Securing Debt:**<br>**2001 Chevy Van** |

Property will be (check one):
   ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**Location: 101 East Bar Harbour Road F4, Schaumburg IL**<br><br>**Condo purchased out of forclosure in 2007 for $148,000.00; property is appraised by Caldwell Banker at $120,000 as of Dec. 30, 2009.** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 8, 2010** Signature **/s/ Dean Tisma**
**Dean Tisma**
Debtor

# United States Bankruptcy Court
### Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Dean Tisma** | Case No. | |
| | Debtor(s) | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,701.00** |
| Prior to the filing of this statement I have received | $ | **2,701.00** |
| Balance Due | $ | **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Reaffirmation of home mortgage.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February  8, 2010**

**/s/ Bruce Dopke**
**Bruce Dopke 3127052**
**Bruce Dopke, Attorney at Law**
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**
**847-524-4811  Fax: 847-524-4131**
**bruce@dopkelaw.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dean Tisma**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Dean Tisma** | X **/s/ Dean Tisma** | **February  8, 2010** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known)  _____

X  _____
Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dean Tisma**
_____
                                    Debtor(s)

Case No. _____
Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **102**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February  8, 2010**
_____

**/s/ Dean Tisma**
_____
**Dean Tisma**
Signature of Debtor

1st Revenue Assistance
Dept 13526
Oaks, PA 19456


Acme Truck Brake & Supply
2333 Arthur Avenue
Marietta, GA 30007


ACS Expedited Solutions
PO Box 201322
Dallas, TX 75320-1322


Alex Dimitrijevic
18704 S 114th Avenue
Mokena, IL 60448


Alexian Brothers
25466 Network Place
Chicago, IL 60673


Alexian Brothers Medical Center
PFS Alexian Assistance Team
3040 Salt Creek Lane
Arlington Heights, IL 60005-1069


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
PO Box 981537
El Paso, TX 79998


AT&T
PO Box 8105
Aurora, IL 60507-8105


Bank of America
101 N. Tryon Street
Charlotte, NC 28255-0001


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Bank of America
c/o First Financial Asset Managemen
3230 Commerce Place
West Palm Beach, FL 33407


Bank of America
4060 Ogletown Stan
Mail Code DE5-019
Newark, DE 19713


Batool H. Musvi MD
1375 E. Schaumburg Road
Schaumburg, IL 60194


Bauer Built
850 N. Independance Blvd.
Romeoville, IL 60446


Builders Bazaar Midwest, Inc.
101 E. State Parkway
Schaumburg, IL 60173-5336


Center Capital Corporation
PO Box 330
Hartford, CT 06141-0330


Charter One Bank
443 Jefferson Blvd.
RJBW-500
Warwick, RI 02886


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA, NA
200 White Clay Center Drive
Newark, DE 19711-5466


Chase Bank USA, NA
c/o Michael D. Fine
131 S. Dearborn, 5th Floor
Chicago, IL 60603

Chicago Truck Sales & Service
5300 W. Plattner Drive
Alsip, IL 60803


Citibusiness Card
PO Box 688901
Des Moines, IA 50368-8901


CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117-6235


Citizens Bank
Managed Assets Division
443 Jefferson Blvd., RJW-500
Warwick, RI 02886


Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Danka Tisma
101 Bar Harbour Road
Unit 4F
Schaumburg, IL 60193


Danka Tisma
1306 Beckett Circle
Schaumburg, IL 60173


DC Truck Financial
PO Box 3198
Milwaukee, WI 53201-3198


De Lage Landen
PO Box 41601
Philadelphia, PA 19101-1601


Discover Financial Services
P.O. Box 30203
Salt Lake City, UT 84130-0203

Dragan Tarlac
2242 Sherman Avenue
Apt. 2
Evanston, IL 60201


Encore Receivable Management
PO Box 1880
Southgate, MI 48195-0880


Federal Express
PO Box 94515
Palatine, IL 60094-4515


FedEx Corporation
US Collections Department
PO Box 94515
Palatine, IL 60094-4515


FIA Card Services
P.O. Box 15184
Wilmington, DE 19850-5184


First Advantage ADR
PO Box 526024
Sacramento, CA 95852-6024


First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007


First Bank
P.O. Box 790037
Saint Louis, MO 63179-0037


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639


Fleet One
5042 Linbar Drive
Nashville, TN 37211


Forum International
101 E. State Parkway
Schaumburg, IL 60173-5336

Forum International
101 E. State Parkway
Schaumburg, IL 60173


GC Services Limited Partnership
PO Box 2667 (052)
Houston, TX 77252-2667


GMAC
P.O. Box 380901
Bloomington, MN 55438


Harris Bank
PO Box 6201
Carol Stream, IL 60197-6201


Harvard Collection Services, Inc.
4839 N. Elston
Chicago, IL 60630-2534


Internal Revenue Service
200 W. Adams
Chicago, IL 60606


Internal Revenue Service
Kansas City, MO 64999-0025


Internet Truck Stop
PO Box 99
New Plymouth, ID 83655


JJ Keller
PO Box 548
Neenah, WI 54957-0548


JJ Keller & Associates
3003 W. Breezewood Lane
PO Box 368
Neenah, WI 54957


Kansas Dept. of Revenue
Div. of Property Evaluation
915 SW Harrison Street
Topeka, KS 66612-1585

Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Key Equipment Finance
11030 Circle Point Road
2nd Floor
Broomfield, CO 80020


M&A Truck & Trailer Experts
135 Beeline Drive
Bensenville, IL 60106


Mark Kroencke
First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007


MBTT Service, Inc.
430 Randy Road
Carol Stream, IL 60188


MEA Elk Grove LLC
PO Box 5964
Carol Stream, IL 60197-5964


Miracle Financial, Inc.
52 Armstrong Road
Plymouth, MA 02360-4807


Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783


Navistar Financial Corp.
PO Box 96070
Chicago, IL 60693-6070


New Mexico Taxation & Revenue
PO Box 5188
Santa Fe, NM 87504-5188


North Shore Agency, Inc.
270 Spagnoli Road
Melville, NY 11747

NYS Tax Department
RPC-HUT
PO Box 15166
Albany, NY 12212-5166


Physician Anasthesia Associates, SC
Dept. 4330
Carol Stream, IL 60122-4330


PrePass
101 N. 1st Avenue
Suite 2200
Phoenix, AZ 85003


RTS Financial
8601 Monrovia
Lenexa, KS 66215


Sasa Tisma
1306 Beckett Cir.
Schaumburg, IL 60173-6556


Sasa Tisma
1306 Beckett Circle
Schaumburg, IL 60173-6556


Sears Gold MasterCard
P.O. Box 6282
Sioux Falls, SD 57117-6282


Sears Gold MasterCard
701 E. 60th Street North
PO Box 6241
Sioux Falls, SD 57117


Shell Fleet
Processing Center
PO Box 183019
Columbus, OH 43218-3019


State of Illinois
Department of Revenue
PO Box 19027
Springfield, IL 62794-9027

Stevan Tisma
1301 Beckett Circle
Schaumburg, IL 60173


Stoughton Trailers Acceptance
PO Box 68-9451
Milwaukee, WI 53268-9451


Stoughton Trailers Acceptance Co
416 S. Academy Street
Stoughton, WI 53589


Timex Logistix, Inc.
101 E. State Parkway
Schaumburg, IL 60173


Toyota Financial Services
Commercial Finance
PO Box 3457
Torrance, CA 90510-3457


Toyota Financial Services
Dept. 2431
Carol Stream, IL 60132-2431


Toyota Financial Services
Dept 2431


Toyota Motor Credit Corp.
5005 N. River Blvd.
Cedar Rapids, IA 52411-6634


Trailer Logistics Co., Inc.
700 Nicholas Blvd.
Suite 202B
Elk Grove Village, IL 60007


Trans Chicago Truck Group
4000 N. Mannheim Road
Franklin Park, IL 60131


Transcore
PO box 8500
Philadelphia, PA 19178

TransPlatinum/Fleet One
5042 Linbar Drive
Nashville, TN 37211


Transportation Cabinet
Division of Motor Carriers
PO Box 2004
Frankfort, KY 40602-2004


Tread Rock Tire Services
PO box 5948
Carol Stream, IL 60197-5948


Tredroc Tire/Antioch 002
PO Box 1248
Bedford Park, IL 60499


Truckload Management, Inc.
1819 Denver West Drive
Building 26, Ste. 400
Golden, CO 80401


TSP Holding LLC
101 E. State Parkway
Schaumburg, IL 60173


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614


USI Midwest Trans. Group
1801 S. Meyers Road
Suite 150
Villa Park, IL 60181


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless Midwest Area
c/o United Collections Bureau
5620 Soughwyck Blvd., Ste 206
Toledo, OH 43614

Viking Collection Service
PO Box 59207
Minneapolis, MN 55459-0207


Volvo Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236


Volvo Financial Services
PO Box 26131
Greensboro, NC 27402-6131


Wells Fargo Equipment Finance
NW-8178
PO Box 1450
Minneapolis, MN 55485-8178


Wingfoot Commercial Tire Systems
1400 Bluff Road
Romeoville, IL 60446


Zwicker & Associates
PO Box 101145
Birmingham, AL 35210-6145